**FILED**

04/17/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0594

_____

IN THE MATTER OF:

A.G. and A.G.,                                                          O R D E R

     Youths in Need of Care.

_____

On January 23, 2023, and pursuant to motion of counsel for Appellant Mother T.M.B., this Court granted leave to supplement the record and to stay briefing pending supplementation, with Mother having 30 days from the filing of the supplemented record in which to prepare, file, and serve her opening brief. Appellant Mother was advised that no further extensions of time would be granted.

This Court received the supplementation to the record on March 6, 2023, but Mother has failed to timely file her opening brief.

IT IS THEREFORE ORDERED that Appellant shall prepare, file and serve the opening brief on appeal no later than May 8, 2023. No further extensions will be granted. Failure to file the brief within that time will result in dismissal of this appeal with prejudice and without further notice.

The Clerk is directed to provide a copy of this Order to all counsel of record.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 17 2023